JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN M. B., <br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br> Defendant. | EDCV 25-1382 DSF (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED, and this action is DISMISSED with prejudice.

IT IS SO ORDERED.

Date: April 28, 2026

Dale S. Fischer
United States District Judge